**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.166.39.218**

**ISP:** Comcast Cable
**Physical Location:** Bellaire, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/26/2017 20:55:27 | 61A46020579D808D7753177E3E3C3ADD8DFF4132 | Fit For A Fuck |
| 08/26/2017 16:21:03 | A529B42ED54A8A0414C11158D3CA48903EDCF524 | Welcome To The Jungle |
| 08/07/2017 15:14:02 | 1BC8607BBCE02E116927BF7E504F16E24363C017 | Susie Up Close and Personal |
| 07/30/2017 20:26:21 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 07/22/2017 21:13:33 | CBC73FC89097BF10BF2CE303FCD421B117545104 | Emerald Love |
| 06/17/2017 17:43:59 | A91D0A2D6848C86EA07F250B7C344C07AAD5DE35 | Love In Prague |
| 06/04/2017 14:04:47 | 5A659AD1730678358B4D10AEC2A35F0FB0C89812 | An Afternoon Inside Kim |
| 03/11/2017 14:26:55 | 27BBB5802EAB51683B352E88A98F380B88B68FA1 | Deep Inside Gina |
| 02/26/2017 10:29:21 | D2A9CD133C9AD6D280FD79B317E7463432E32E1B | Want To Fuck My Wife |
| 12/29/2016 23:04:36 | 100AE6815D8B948D0C4AEDB158323B4AAEF3C949 | Paint Me White |
| 12/19/2016 00:35:27 | D40D0A3C1742D63090E2FE889420C3FC5F456339 | Good Morning I Love You |
| 04/10/2015 23:39:22 | 1C1D9957BFC961FB22956F47F4717E73C22F2061 | Give Me More Part 2 |
| 04/08/2015 20:20:22 | 0EF26078FB063065530A8C99B7FDBEF53CEEFAE1 | Back For More |
| 04/08/2015 20:01:33 | 9B630DFAA6F7F8BEB2ACDB8A7C1CD82F250D6144 | Sexy En Noir |
| 04/08/2015 20:00:57 | 9A7E26E67DD77CC583DE0480E80FC9F2F921CCD7 | They Only Look Innocent |
| 03/30/2015 04:01:14 | 8F49DE39E4D25B6E4F025EB2F494E3D3503ADB31 | Nice And Slow |
| 03/17/2015 19:33:00 | D46C72FD478307182F7A4A99FA6FEA9C1F697F3C | So Close Together |
| 03/17/2015 18:09:46 | 2B01EA770CDC10ED6FA033E7EA2BE250873452D4 | Coming Late |
| 03/17/2015 18:05:32 | D29F157DBF8139FF3F5780C6EBF4852CAA2F20D0 | From Three to Four Part 2 |
| 03/17/2015 18:00:10 | C786FF2D977CD2BF900513D0E50B31302C1F3696 | Group Sex |
| 03/16/2015 02:14:31 | B1389416BF94EE339DBDF9EFBE981CFAFBF09ACB | Red Hot and Ready |
| 03/16/2015 01:37:04 | 80FE0FD0F7CF52FE5469728A82E0B64AE26C8060 | Tie Her Up For Me |

EXHIBIT A

STX90

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/16/2015 01:22:02 | 754B689991DC49B5983B587A41A9956D74A2E311 | All Oiled Up |

**Total Statutory Claims Against Defendant: 23**

EXHIBIT A

STX90